UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUNG WU,<br><br>                           Plaintiff,<br><br>       -against-<br><br>THE CIVIL COURT OF NEW YORK, *et al.*,<br><br>                           Defendants. | 21-CV-8668 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 13, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 13, 2021
        New York, New York

                                             /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge