UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUNG WU,

                Plaintiff,

-against-

THE CIVIL COURT OF CITY OF NEW YORK; NEW YORK STATE DEPARTMENT OF INSURANCE FINANCIAL SERVICE; NEW YORK CENTRAL MUTUAL INSURANCE COMPANY OF EDDIE BRITT JR.; ENCOMPASS INSURANCE COMPANY OF GUAN YU HE,

                Defendants.

21-CV-8668 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued February 22, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 22, 2022
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge